In the Matter of ELVIN LEBRON, Appellant, v PATRICIA BAILEY, as New York County Assistant District Attorney, et al., Respondents.

Submitted October 22, 2007; decided November 20, 2007

Reported below, 2007 NY Slip Op 66835(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of ERICH MATTICE, Respondent, v LAURA KREIDER, Appellant.

Submitted July 23, 2007; decided November 20, 2007

Reported below, 41 AD3d 1028.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

NYCTL 1999-1 TRUST et al., Respondents, v NY PRIDE HOLD-INGS, INC., et al., Defendants, and UNION STREET MANAGE-MENT GROUP, LTD., Appellant. BARODA PROPERTIES, INC., et al., Proposed Intervenors-Respondents.

Submitted October 22, 2007; decided November 20, 2007

Reported below, 34 AD3d 774.

Motion for reargument of motion for leave to appeal denied [see 9 NY3d 907 (2007)].